IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DUSTIN C. WILSON,** | ) | Civil Case No. 7:13cv00541 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **WALLENS RIDGE** | ) | |
| **STATE PRISON,** *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Wilson's 42 U.S.C § 1983 action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b)(1) and the Clerk is **DIRECTED** to **STRIKE** this action from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

ENTER: This 5th day of December, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE